UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MICHAEL CHARLES ]
    Movant, ]
]
v. ] No. 3:12-0971
] JUDGE HAYNES
UNITED STATES OF AMERICA ]
    Respondent. ]

## O R D E R

Movant, Michael Charles, filed this action under 28 U.S.C. § 2255 challenging the fine of $15,000 that was imposed at his sentencing. Movant alleges that he is unable to pay his fine. This claim is not frivolous. The Clerk is directed to serve a copy of the petition and this order by certified mail on the Respondent.

The Respondent shall, within sixty (60) days from the date of entry of this Order, file an answer, plead or otherwise respond to the petition.

It is so **ORDERED**.

**ENTERED** this the 26th day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief District Judge